**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**MANOLO H. OLASO (195629)**
1010 F Street, Suite 200
Sacramento, CA 95814
Phone: (916) 444-5557
Fax: (916) 444-5558

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGO DIANE HOCKING; ALEX HAZZAA,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF ROSEVILLE; PATRICK BLAKE; CHRIS NOWICKI; AND DOES 1 THROUGH 50, inclusive,<br><br>　　　　Defendants. | Case No.: 2:06-CV-00316-RRB EFB<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF DATE AND RE-SET TRIAL DATE** |

Plaintiffs MARGO DIANE HOCKING and ALEX HAZZAA, by and through their attorney, Johnny L. Griffin, III, and Defendants CITY OF ROSEVILLE, PATRICK BLAKE, and CHRIS NOWICKI, and their attorney, Bruce A. Kilday, hereby agree and stipulate to extend the discovery cut-off date and to re-set the following dates in this matter:

Discovery cut-off, which had been on November 2, 2007, is extended and re-set to January 25, 2008.

The last day to file dispositive motions, is re-set to February 25, 2008.

1

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com

The hearing on any dispositive motions, is re-set to any day of the week of March 24th through 28th of 2008, as appropriate on the court's calendar.

Jury trial is re-set to June 2nd or 9th of 2008, as appropriate on the court's calendar.

An extension of the discovery cut-off date is necessary in order to allow parties to comply with Magistrate Judge Edmund F. Brennan's order and recommendation dated November 2, 2007.  Magistrate Judge Brennan granted Plaintiffs' motion to compel production of documents, in part, and ordered Defendants to provide Plaintiffs with summaries of other documents.  Magistrate Judge Brennan recommended extending the discovery cut-off date of November 2, 2007 to allow parties time to comply with his order, and for the depositions of Plaintiffs to be completed.  Furthermore, the parties stipulate and agree that extending the dates for motions, hearing, final pretrial conference, and jury trial is necessary to enable parties to effectively prepare for trial after discovery is completed.

Respectfully submitted,

Dated: November 16, 2007    /s/ Manolo Olaso
                            MANOLO OLASO
                            Law Offices of Johnny L. Griffin III
                            Attorneys for Plaintiffs

Dated: November 16, 2007    /s/ Bruce A. Kilday (e-signature authorized on 11/16/2007)
                            BRUCE A. KILDAY
                            ANGELO KILDAY & KILDUFF
                            Attorney for Defendants

**ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds it is necessary to extend the discovery cut-off date to allow parties times to comply with Magistrate Judge Edmund F. Brennan's order dated November 2, 2007.  The

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com

1  Court also finds that it is necessary to re-set the dates for filing dispositive motions, the
2  hearing on motions, the final pretrial conference, and the jury trial date in order to allow
3  parties to effectively prepare for trial after discovery is completed.
4      The court hereby adopts the stipulation of the parties with respect to the discovery
5  cut-off date and the last day for filing dispositive motions.  The last day for hearing on
6  dispositive motions shall be April 2, 2008 at 10:00 a.m..  The final pretrial conference shall
7  be held on May 9, 2008 at 2:00 p.m.  The parties joint pretrial statement shall be filed on or
8  before May 2, 2008.  The jury trial currently set for March 24, 2008 is reset to June 9, 2008
9  at 8:30 a.m.  This order obviates the need for hearing on Plaintiffs' motion to extend the
10 discovery cut-off date, which was filed on November 13, 2007.

**IT IS SO ORDERED.**

Dated: November 19, 2007

                    /s/ Ralph R. Beistline_____
                    HON. RALPH R. BEISTLINE
                    United States District Judge

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com