1  BRUCE A. KILDAY ESQ., STATE BAR NO. 066415
   Email: bkilday@akk-law.com
2  ALLISON E. GOLDSMITH, ESQ., STATE BAR NO. 238263
   Email: agoldsmith@akk-law.com
3  **ANGELO, KILDAY & KILDUFF**
4  Attorneys at Law
   601 University Ave. Suite 150
5  Sacramento, CA  95825
   Telephone: (916) 564-6100
6  Telecopier: (916) 564-6263

7  Attorneys for Defendant, CITY OF ROSEVILLE,
8  PATRICK BLAKE and CHRIS NOWICKI

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGO DIANE HOCKING; ALEX HAZZAA, | Case No.:  2:06-CV-00316 JAM EFB |
| Plaintiffs, | **STIPULATION TO CONTINUE AND ORDER** |
| vs. | |
| CITY OF ROSEVILLE, PATRICK BLAKE, CHRIS NOWICKI; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Whereas the trial in this matter, currently set for June 9, 2008, conflicts with the wedding of Officer Chris Nowicki, a named defendant and essential party who has not been deposed;

Whereas defense counsel has a family vacation planned for July 2008, and the Plaintiff's attorney has a vacation in August 2008;

Whereas there is a possibility that defense counsel may be in trial in late August and early September 2008;

Whereas Plaintiff's counsel has two trials set for September and another set for October 6 – 17, 2008;

Whereas defense counsel has a trial set for November 18, 2008;

-1-
STIPULATION TO CONTINUE AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1   Whereas the parties are engaged in preliminary settlement discussions and a continuance
2   will provide the opportunity to further discuss the possibility of settlement, including mediation;
3   Whereas the parties are not seeking to reopen discovery or law and motion, and no
4   further dispositive motions will be filed.
5   Accordingly, the parties, through their respective counsel, hereby stipulate and request
6   that this Court continue the trial to a date in late October or early November 2008.  Counsel
7   would request that this matter be set for a trial on October 20 or October 27 or November 3,
8   2008, subject to the convenience and availability of the Court.

9   Dated:  May 9, 2008                                ANGELO, KILDAY & KILDUFF

10
                                                                            */s/ Bruce A. Kilday*
11                                                              By:_____
                                                                           BRUCE A. KILDAY
12                                                                         Attorneys for Defendants,
                                                                           CITY OF ROSEVILLE, PATRICK
13                                                                         BLAKE and CHRIS NOWICKI

14

15

16  Dated:  May 9, 2008                                LAW OFFICES OF JOHNNY L. GRIFFIN

17
                                                                            */s/ Manolo Olaso*
18                                                              By:_____
                                                                           MANOLO OLASO
19                                                                         Attorneys for Plaintiffs

20
                                              **ORDER**
21
22   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the jury trial in this
23  matter is reset for October 27, 2008 at 8:30 a.m.  The final pretrial conference is reset for
24  September 5, 2008 at 3:00 P.M.  The parties joint pretrial statement shall be filed on or before
25  August 29, 2008
26  Date:  May 9, 2008

27                                                              /s/ John A. Mendez_____
                                                                HONORABLE JOHN A. MENDEZ
28                                                                  United States District Court

PDF created with pdfFactory trial version www.pdffactory.com