1  BRUCE A. KILDAY ESQ., STATE BAR NO. 066415
     Email: bkilday@akk-law.com
2  ALLISON E. GOLDSMITH, ESQ., STATE BAR NO. 238263
     Email: agoldsmith@akk-law.com
3  **ANGELO, KILDAY & KILDUFF**
   Attorneys at Law
4  601 University Ave. Suite 150
   Sacramento, CA  95825
5  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
6

7  Attorneys for Defendant, CITY OF ROSEVILLE, PATRICK BLAKE and CHRIS NOWICKI

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGO DIANE HOCKING; ALEX HAZZAA, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ROSEVILLE, PATRICK BLAKE, CHRIS NOWICKI; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.:   2:06-CV-00316 JAM EFB <br><br> **STIPULATION TO WAIVE ALL CHALLENGES TO THE JUDGMENT AND WAIVE COSTS** |

The parties, through and after consultation with their respective counsel, hereby stipulate that the Plaintiffs, MARGO HOCKING and ALEX HAZZAA, waive any and all potential challenges to the verdict of the jury, including but not limited to motions under F.R.C.P. 50 or 59 or 60, and any appeal of the judgment.  In return for said waivers, defendants, and each of them, waive any and all recoverable costs.

Dated: March 31, 2009                                         LAW OFFICES OF JOHNNY L. GRIFFIN

                                                                                    */s/ Johnny Griffin*
                                                                       By:_____
                                                                             JOHNNY GRIFFIN
                                                                             Attorneys for Plaintiffs

-1-
STIPULATION TO WAIVE ALL CHALLENGES TO THE JUDGMENT AND WAIVE COSTS

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: March 31, 2009 | | ANGELO, KILDAY & KILDUFF |

> *Bruce A. Kilday*
> By:_____
>    BRUCE A. KILDAY
>    Attorneys for Defendants,
>    CITY OF ROSEVILLE, PATRICK BLAKE and CHRIS NOWICKI

## **ORDER**

GOOD CAUSE APPEARING, this stipulation is accepted by the Court.

Date: 4/1/2009

>    /s/ John A. Mendez_____
>    HONORABLE JOHN A. MENDEZ
>       United States District Court

-1-
STIPULATION TO WAIVE ALL CHALLENGES TO THE JUDGMENT AND WAIVE COSTS

PDF created with pdfFactory trial version www.pdffactory.com